```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CATHERYNNE W. KENDRICK;
RAY YOUNGBLOOD KENDRICK;
JERRY TRACKE; and
LIONELL NAVARRETTE                                      PLAINTIFFS

                v.          Civil No. 08-5242

KAREN ROSE ARDNT, Adoptive Parent;
JOHN DAVID DUTCHER, Judge;
M. BROWN, Agent, Federal Bureau of
Investigation; M. BLAIR, Agent, Federal
Bureau of Investigation; JOHN DOES 1-3,
Deputy United States Marshal; JOHN DOE,
Deputy Benton County Sheriff'S Office;
JANE DOE, Century Tel Records Department;
JOHN DOES 1-2, Investigators, Social
Security Administration;
MICHAEL SCOTT, Probation Officer, United
States Probation Officer; and BEVERLY
STITES JONES, United States Magistrate Judge       DEFENDANTS

## ORDER

Now on this 1st day of May, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (R&R) issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. #5).  The Court, being well and sufficiently advised, finds and orders as follows with respect to the same:

   1.   Catherynne W. Kendrick filed objections (Doc. # 6) the R&R.  They are without merit and are denied.

   2.   The Court, having considered the R&R, and the objections, finds and orders that the R&R should be, and it hereby is **adopted in toto**.

3. Accordingly, Catherynne Kendrick's **IFP status is revoked pursuant to 28 U.S.C. § 1915(g).** Further, this matter is **dismissed on the grounds that the claims are frivolous and fail to state claims upon which relief may be granted.** *See* **28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).**

4. In addition, Ms. Kendrick is ordered to refrain from filing any future civil action IFP unless she is under imminent danger of serious physical injury. Accordingly, the clerk of this Court is directed to provisionally file any new action in which Catherynne W. Kendrick seeks to proceed IFP. The magistrate judge shall then review the action and, if it is a civil action rather than a criminal or habeas one, and, if Kendrick has not asserted a valid claim that she is under imminent danger of serious physical injury, the magistrate judge shall recommend that IFP status be denied.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE